# EXHIBIT

# 6

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 7:24-CV-00221-ADA-DTG

Plaintiff:
**Neural AI, LLC**

vs.

Defendant:
**Nvidia Corporation**

For:
Susman Godfrey LLP
1301 Avenue of the Americas
50th Floor
New York, NY 10001

Received by Justin Rogers on the 25th day of June, 2026 at 10:45 am to be served on **Google, LLC by serving its registered agent, Corporation Service Company, 211 E 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Justin Rogers, being duly sworn, depose and say that on the **25th day of June, 2026** at **3:18 pm, I:**

executed to the **REGISTERED AGENT** by delivering a true copy of the **Plaintiff Neural AI, LLC's Notice of Service of Subpoena to Google LLC with Attachments 1 and 2** with the date of delivery endorsed thereon by me, to **Mak Hayes, Corporation Service Company**, in person, as the designated agent to accept delivery of process at the address of **211 E 7th Street, Suite 620, Austin, Travis County, TX 78701** on behalf of **Google, LLC** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the 25th day of June, 2026 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2028

**Justin Rogers**
PSC-20023, Exp. 06/30/2027

6/25/26
**Date**

**Lexitas (New York)**
**1235 Broadway**
**2nd Floor**
**New York, NY 10001**

Our Job Serial Number: ATX-2026007826
Ref: 27255081

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

P27255081

AFFIRMATION OF SERVICE

SUSMAN GODFREY, LLP RICHARD A. WOJTCZAK

NEURAL AI, LLC

PLAINTIFF

- vs -

NVIDIA CORPORATION

DEFENDANT

index No. 7:24-CV-00221-ADA-DTH
Date Filed
File No.
Court Date:
AFFIRMATION OF SERVICE

Justin Rogers, affirm under the penalties of perjury that I am:

not a party herein, over 18 years of age and resides in the State of TX .

On 6/25/2026 at 3:18 PM,

at **ATTN: REHISTERED AGENT C/O CORPORATION SERVICE COMPANY DBA CSC 211 E. 7TH STREET SUITE 620 AUSTIN, TX 78701**

I served the within **SUBPOENA** on: **GOGGLE, LLC**, the **WITNESS** therein named.

___#1 INDIVIDUAL — By delivering a true copy of each to said recipient personally; I knew the person served to be the person described as said person therein.

✓ #2 CORPORATION — By delivering a true copy of each personally to Mak Hayes, CSC, ~~who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the **WITNESS**.~~

I knew the person so served to be the Authorized Agent of the corporation, and authorized to accept service on behalf of the corporation.

___#3 SUITABLE AGE PERSON RESIDENCE — By delivering a true copy of each to ____________ a person of suitable age and discretion at the **WITNESS's** dwelling house (usual place of abode) within the state.

___#4 SUITABLE AGE PERSON BUSINESS — By delivering a true copy of each to ____________ a person of suitable age and discretion with capacity to accept as a coworker of the **WITNESS** within the state.

___#5 AFFIXING TO DOOR — By affixing a true copy of each to the door of said premises, which is **WITNESS's**: [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

I was unable, with due diligence to find **WITNESS** or a person of suitable age and discretion, having called thereat

on the ________ day of ________ at ________
on the ________ day of ________ at ________
on the ________ day of ________ at ________
on the ________ day of ________ at ________

Address confirmed by

___#6 MAIL COPY — ~~On ________ I deposited in the United States mail in the state~~ of TX a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

___#7 DESCRIPTION (USE WITH #1, 2 OR 3) — I describe the person served as aforesaid to the best of my ability at the time and circumstances of the service as follows.

Sex: Female Color: White Hair: Blonde
Age: 20s Height: 5'5" Weight: 140
OTHER IDENTIFYING FEATURES: Glasses

___#8 WITNESS FEES — The authorized witness fee and / or traveling expenses were paid (tendered) to the **WITNESS** in the amount of $________

___#9 MILITARY SRVC — I asked person spoken to whether the **WITNESS** was presently in military service of the United States Government or of the State of TX and was informed that was not.

___# 10 OTHER

*I affirm this 25 day of June, 2026 under the penalties of perjury under the laws of Texas, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.*

[signature]
PSC 20023, EXP. 6/30/2027

Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 2-TX5429-27255081