# EXHIBIT

# 11

**Subject:** RE: Neural AI, LLC v. Nvidia Corporation, C.A. No. 7:24-cv-00221-ADA-DTG (W.D. Tex) - Subpoena to Google LLC
**Date:** Monday, July 6, 2026 at 5:33:58 PM Pacific Daylight Time
**From:** Jaffe, Jordan
**To:** Tanner Laiche, Emily Portuguese
**CC:** Rocco Magni, Tamar Lusztig, Brian Melton, Max Tribble, Samuel Drezdzon, Richard Wojtczak, Rachel Hanna, Desai, Neil

EXTERNAL Email
Thanks - Confirming receipt of your email and the extension.

**Jordan R. Jaffe | Partner | Wilson Sonsini Goodrich & Rosati**
One Market Plaza, Spear Tower, Suite 3300 | San Francisco, CA 94105
415.498.0556 | jjaffe@wsgr.com | LinkedIn

---

**From:** Tanner Laiche <TLaiche@susmangodfrey.com>
**Sent:** Monday, July 6, 2026 4:54 PM
**To:** Jaffe, Jordan <jjaffe@wsgr.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>
**Cc:** Rocco Magni <RMagni@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>
**Subject:** Re: Neural AI, LLC v. Nvidia Corporation, C.A. No. 7:24-cv-00221-ADA-DTG (W.D. Tex) - Subpoena to Google LLC

EXT - tlaiche@susmangodfrey.com

---

Counsel,

Thanks for reaching out. Given the upcoming close of fact discovery, Neural AI is not able to agree to a two-week extension. That said, we can agree to a one-week extension for Google's written objections/responses to the subpoena(s), making the new deadline July 21, 2026. We can likewise agree to move the deposition date by one week.

Regards,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 | tlaiche@susmangodfrey.com
401 Union Street | Suite 3000 | Seattle, WA 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

---

**From:** Jaffe, Jordan <jjaffe@wsgr.com>
**Date:** Monday, July 6, 2026 at 3:27 /span>PM
**To:** Emily Portuguese <EPortuguese@susmangodfrey.com>
**Subject:** Neural AI, LLC v. Nvidia Corporation, C.A. No. 7:24-cv-00221-ADA-DTG (W.D. Tex) - Subpoena to Google LLC

EXTERNAL Email
Dear Ms. Portuguese,

Myself and my firm have been recently retained by Google to respond to the subpoena issued to Google in this matter. We are still assessing the subpoena and conferring with our client.

Will Neural AI agree to extend the time for any written objections/responses by two weeks? Specifically, to July 28, 2026 for any objections/responses to the document subpoena. And can we similarly move the deposition subpoena return date a commensurate amount? I.e., to August 4th, 2026.

I'm available to discuss if helpful.

Best regards, Jordan

**Jordan R. Jaffe | Partner | Wilson Sonsini Goodrich & Rosati**
One Market Plaza, Spear Tower, Suite 3300 | San Francisco, CA 94105
415.498.0556 | jjaffe@wsgr.com | LinkedIn

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.