# EXHIBIT

# 12

**Wednesday, August 5, 2026 at 3:28:34 PM Pacific Daylight Time**

**Subject:** Re: Neural AI, LLC v. Nvidia Corporation (C.A. 7:24-cv-00221-ADA-DTG)
**Date:** Tuesday, August 4, 2026 at 11:27:20 AM Pacific Daylight Time
**From:** Tanner Laiche
**To:** Rocco Magni, Jaffe, Jordan, Desai, Neil
**CC:** McKone, Mercedes, Max Tribble, Brian Melton, Samuel Drezdzon, max@ciccarellilawfirm.com, Tamar Lusztig, Emily Portuguese, msiegmund, Grubbs, Deborah, Browder, Sissel, Margo, Ben, Wang, Jing (SF Associate), Pierce, Naomi, Arenas, G. Grace, Davidson, Nancy Fronda-
**Attachments:** Neural AI, Third-Party Questions.docx, Neural AI, Draft Third-Party Declaration.docx

Counsel,

I am following up on this thread.

Despite the parties' prior meet-and-confers, document discovery in the underlying action closes on August 11. Unless the parties can promptly reach a resolution, that deadline leaves Neural AI no practical alternative but to move to compel by the end of this week or, at the latest, August 10, to preserve its rights.

To reduce burden and potentially avoid motion practice, I am attaching a set of questions intended to guide your investigation and help identify the responsive information, and also recirculating the draft declaration we previously shared, and that Google may revise to ensure its accuracy.

If Google commits to provide an executed declaration, Neural AI is willing to consider accepting the declaration in lieu of further document production and/or deposition testimony, subject to resolving any material gaps. Otherwise, the discovery deadline will force Neural AI to move to compel by or before August 10 to preserve its rights. Even if a motion becomes necessary, we remain open to resolving the issues promptly and mooting or withdrawing the motion through compliance.

We are available this week to further meet and confer as necessary.

Regards,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 l tlaiche@susmangodfrey.com
401 Union Street l Suite 3000 l Seattle, WA 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

---

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Date:** Tuesday, July 28, 2026 at 4:29 PM
**To:** Jaffe, Jordan <jjaffe@wsgr.com>; Desai, Neil <ndesai@wsgr.com>
**Cc:** McKone, Mercedes <mmckone@wsgr.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; max@ciccarellilawfirm.com <max@ciccarellilawfirm.com>; Tamar Lusztig

<TLusztig@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; msiegmund <msiegmund@cjsjlaw.com>; Grubbs, Deborah <DGrubbs@wsgr.com>; Browder, Sissel <sbrowder@wsgr.com>; Margo, Ben <bmargo@wsgr.com>; Wang, Jing (SF Associate) <jing.wang@wsgr.com>; Pierce, Naomi <npierce@wsgr.com>; Arenas, G. Grace <garenas@wsgr.com>; Davidson, Nancy Fronda- <ndavidson@wsgr.com>
**Subject:** Re: Neural AI, LLC v. Nvidia Corporation (C.A. 7:24-cv-00221-ADA-DTG)

Jordan,

Please see attached template. Could we talk at 9:30 instead? I have another meeting at 10 now.

Thanks very much.

--
Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519
**Firm Bio**
This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Jaffe, Jordan <jjaffe@wsgr.com>
**Date:** Monday, July 27, 2026 at 2:42 PM
**To:** Rocco Magni <RMagni@susmangodfrey.com>; Desai, Neil <ndesai@wsgr.com>
**Cc:** McKone, Mercedes <mmckone@wsgr.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; max@ciccarellilawfirm.com <max@ciccarellilawfirm.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; msiegmund <msiegmund@cjsjlaw.com>; Grubbs, Deborah <DGrubbs@wsgr.com>; Browder, Sissel <sbrowder@wsgr.com>; Margo, Ben <bmargo@wsgr.com>; Wang, Jing (SF Associate) <jing.wang@wsgr.com>; Pierce, Naomi <npierce@wsgr.com>; Arenas, G. Grace <garenas@wsgr.com>; Davidson, Nancy Fronda- <ndavidson@wsgr.com>
**Subject:** RE: Neural AI, LLC v. Nvidia Corporation (C.A. 7:24-cv-00221-ADA-DTG)

EXTERNAL Email
Rocco et al.,

Thanks for speaking with us last Friday. As discussed, we are waiting on you all to send over a list of questions for our client and/or template declaration for us to review. We will plan to reconvene Friday at 10AM PT to discuss further.

Best regards,

**Jordan R. Jaffe | Partner | Wilson Sonsini Goodrich & Rosati**
One Market Plaza, Spear Tower, Suite 3300 | San Francisco, CA 94105

415.498.0556 | jjaffe@wsgr.com | LinkedIn

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Sent:** Wednesday, July 22, 2026 4:18 AM
**To:** Desai, Neil <ndesai@wsgr.com>
**Cc:** McKone, Mercedes <mmckone@wsgr.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; max@ciccarellilawfirm.com; Tamar Lusztig <TLusztig@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; msiegmund <msiegmund@cjsjlaw.com>; Jaffe, Jordan <jjaffe@wsgr.com>; Grubbs, Deborah <DGrubbs@wsgr.com>; Browder, Sissel <sbrowder@wsgr.com>; Margo, Ben <bmargo@wsgr.com>; Pierce, Naomi <npierce@wsgr.com>; Arenas, G. Grace <garenas@wsgr.com>; Davidson, Nancy Fronda- <ndavidson@wsgr.com>
**Subject:** Re: Neural AI, LLC v. Nvidia Corporation (C.A. 7:24-cv-00221-ADA-DTG)

EXT - rmagni@susmangodfrey.com

---

That works. Thanks.
--
Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519

**Firm Bio**

This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

On Jul 21, 2026, at 11:54 PM, Desai, Neil <ndesai@wsgr.com> wrote:

EXTERNAL Email
Rocco,

How about Friday at 11 am PT?

**Neil Desai I Wilson Sonsini**
T 323.210.2912 I ndesai@wsgr.com

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Sent:** Tuesday, July 21, 2026 2:15 PM
**To:** McKone, Mercedes <mmckone@wsgr.com>
**Cc:** Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; max@ciccarellilawfirm.com; Tamar Lusztig <TLusztig@susmangodfrey.com>; Emily Portuguese

<EPortuguese@susmangodfrey.com>; msiegmund <msiegmund@cjsjlaw.com>; Jaffe, Jordan <jjaffe@wsgr.com>; Desai, Neil <ndesai@wsgr.com>; Grubbs, Deborah <DGrubbs@wsgr.com>; Browder, Sissel <sbrowder@wsgr.com>; Margo, Ben <bmargo@wsgr.com>; Pierce, Naomi <npierce@wsgr.com>; Arenas, G. Grace <garenas@wsgr.com>; Davidson, Nancy Fronda- <ndavidson@wsgr.com>
**Subject:** Re: Neural AI, LLC v. Nvidia Corporation (C.A. 7:24-cv-00221-ADA-DTG)

EXT - rmagni@susmangodfrey.com

---

Please provide times Friday to meet and confer. Thanks.
--
Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519

**Firm Bio**

This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

On Jul 21, 2026, at 5:13 PM, McKone, Mercedes <mmckone@wsgr.com> wrote:

EXTERNAL Email
Counsel:

Please see the attached for electronic service.

Thank you.

<image001.png>

**Mercedes N. McKone | Executive Assistant | Wilson Sonsini Goodrich & Rosati**
12235 El Camino Real | San Diego, CA 92130 | direct: 858.350.2217 | mmckone@wsgr.com

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto)

by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

<2026-07-21 Responses and Objections to Deposition Subpoena.pdf>

<2026-07-21 Responses and Objections to Document Subpoena.pdf>

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.