# EXHIBIT

# 16

Join our developer community →

# Accelerate innovation on Google Cloud and NVIDIA

NVIDIA and Google Cloud provide accelerator-optimized solutions that support demanding workloads, including generative AI, high-performance computing, data analytics, graphics, and gaming workloads.

Contact us



Engineering what's next




## Google Distributed Cloud runs AI models on-premises

Learn how Google Cloud and NVIDIA collaborate to provide Gemini and generative AI to the edge and regulated environments with Google Distributed Cloud.

Watch video

## NVIDIA-accelerated computing on Google Cloud

NVIDIA GTC 2026 Highlights | NVIDIA GPUs on Google Cloud | Product integrations | Documentation

Recapping on NVIDIA GTC 2026 San Jose. See the highlights:

- View industry-leading announcements
- Explore Sponsored sessions on demand: Blueprint for AI scale: How industry Aarchitects success with NVIDIA GPUs on Google Cloud and Scale Foundation Models with Google Cloud AI Hypercomputer
- Watch our latest AI Podcast
- View our session catalog

"We are moving from training AI to producing intelligence. These data centers are no longer just storing information. They are factories generating tokens, generating intelligence... Our expanded collaboration with Google Cloud will help developers accelerate their work with infrastructure that supercharges energy efficiency and reduces costs."

Jensen Huang, GTC 2026 keynote

View Google Cloud-led sessions at NVIDIA GTC

Blueprint for AI scale: How Industry architects success With NVIDIA GPUs on Google Cloud



Watch here

Scale foundation models on Google Cloud AI Hypercomputer



Watch now




Watch the latest AI podcast: Tiffany Janzen sits down with Google Cloud Chelsie Czop to discuss the partnership between NVIDIA and Google Cloud and the future of AI Infrastructure

Recorded at NVIDIA GTC Insights studio

Watch now

## Google Cloud and NVIDIA partnership



### Google Cloud and NVIDIA technical community

Google Cloud and NVIDIA have partner to provide this community for developers, data scientists, AI/ML engineers, and technical practitioners who use NVIDIA and Google Cloud technologies for their development. Earn your developer badges.

Join the community




### Google Cloud and NVIDIA Inception startups community

Google Cloud and NVIDIA Inception are connecting with the startup and AI ecosystem and educating startups on NVIDIA technologies on Google Cloud, through-joint events like GTC and Next, webinars, workshops, customer stories, and joint offers. View our featured customer, Augment Code, to learn how they accelerate AI coding with Google Cloud and NVIDIA.

00:04:08

Watch how success story featuring Augment Code




### Public sector

At Google Public Sector Summit, Ian Buck, VP of Hyperscale and high-performance computing at NVIDIA, sits down with Thomas Kurian, CEO-Google Cloud to discuss the two companies long-standing partnership and full-stack co-engineering to deploy AI at scale that advances AI leadership in the US public sector.

00:25:22

Watch Thomas Kurian in the Public Sector Summit keynote

## NVIDIA on Google Cloud marketplace

NVIDIA.

### NVIDIA Omniverse

A platform of APIs, SDKs, and services that let developers integrate OpenUSD, NVIDIA RTX™ rendering technologies into physical AI applications. Use virtual machines (VMs) on Google Cloud to streamline your application development.

NVIDIA.

### NVIDIA DGX Cloud

NVIDIA DGX Cloud accelerates AI workloads in the cloud, provides high-performance training, scalable inference, and global GPU access for developers and platform teams.

NVIDIA.

### NVIDIA AI Enterprise

A cloud-native platform that streamlines development and deployment of production-grade AI solutions-including generative AI, computer vision, speech AI.

## Customer stories




Learn how SandboxAQ accelerates scientific discovery with AI

SANDBOXAQ™

PUMA®




Learn how PUMA built an AI jersey designer with Google Cloud and NVIDIA




### Augment Code

Augment Code speeds up AI coding on Google Cloud and NVIDIA

Watch video

### Galileo

Galileo: De-risk LLMs and build reliable AI apps at scale with Gemini, NVIDIA, and Google Cloud

Read customer story

Galileo

baseten

## Baseten

How Baseten achieves 225% better cost-performance for AI inference with NVIDIA and Google Cloud

Read customer story

## LiveX AI

LiveX AI reduces support costs by 85% using GKE and NVIDIA AI-powered agents

Read customer story

LIVEX.AI

"Compared with another inference platform, running on GKE with NVIDIA NIM and GPUs delivered 6.1x acceleration in average answer/response generation speed for the Amazfit AI agent.

Jia Li Co-Founder, Chief AI Officer, LiveX AI

Read more