# EXHIBIT

# 17





# Austin

167 jobs available

View all jobs

The Google Austin site is located in the heart of the state's capital and serves as a hub for Corporate Social Responsibility efforts. Austin Googlers can experience offices inspired by the Austin landscape, a speakeasy meet up space, art by local artists, rooftop cafe views, a dog park, and more. Outside the office, Googlers are in the "Live Music Capital of the World," the home of SXSW and ACL Festivals, and one of the highest ranking tech cities in the US. The Austin site has a diverse product area makeup with roles in Corporate Engineering, Google Cloud, People Operations, Fiber, Finance, Legal, and more.

Business Strategy
See 15 jobs

Engineering & Technology
See 104 jobs

Legal
See 7 jobs

Marketing & Communications
See 5 jobs

People
See 5 jobs

Sales, Service & Support
See 37 jobs



Our plans to invest $9.5 billion in the U.S. in 2022

Read more



My Path to Google — Callen Therrien, Cloud Technical Resident

Read more



Interview Tips — Google Careers

Read more



Equal Opportunity

Google is proud to be an equal opportunity and affirmative action employer. We are committed to building a workforce that is representative of the users we serve, creating a culture of belonging, and providing an equal employment opportunity regardless of race, creed, color, religion, gender, sexual orientation, gender identity/expression, national origin, disability, age, genetic information, veteran status, marital status, pregnancy or related condition (including breastfeeding), expecting or parents-to-be, criminal histories consistent with legal requirements, or any other basis protected by law. See also Google's EEO Policy, Know your rights: workplace discrimination is illegal, Belonging at Google, and How we hire.