# EXHIBIT

# 18

# Coming soon to the Lone Star State: more office space and a data center

Jun 14, 2019
2 min read

Andrew Silvestri
Public Policy and Community Development Lead, Americas

Share




We're expanding in Texas. Austin has been home to Google for over a decade and today, we're extending our commitment to the state with a new data center in Midlothian, and the lease of two new buildings for our Austin workforce. These new commitments are part of our larger $13 billion investment in offices and data centers across the United States, which we announced earlier this year.



Breaking ground at our new Midlothian Data Center

We're investing $600 million to develop the Midlothian site, which will create a number of full-time jobs, as well as hundreds of construction jobs to build the new data center. As part of this investment, we're also making a $100,000 grant to the Midlothian Independent School District to support the continued growth and development of the region's STEM programs in schools.

In Austin, we already have more than 1,100 employees working across Android, G Suite, Google Play, Cloud, staffing and recruiting, people operations, finance and marketing. As we continue to grow, we've leased additional office space at Block 185 and Saltillo—located in downtown Austin and east Austin, respectively—to accommodate our short and long-term growth.




Our current downtown Austin office on W 2nd Street. We will maintain our presence there while...

The Lone Star state has become a hub for tech innovation and we've been fortunate to be a part of its growth from the very beginning. It's the amazing talent and spirit of work and play that brought us to Texas 12 years ago and it's what keeps us here today. We look forward to meeting our new neighbors in the Midlothian-Dallas Metro area and we're excited to be a part of these communities for many years to come.

POSTED IN:

Company announcements | Global Network

## Related stories




Company announcements

Welcome to Sail Tower, our newest Austin office

By Scott Foster



Creating opportunity

We're announcing the Alliance for America's Skilled Trades.



Global Network

Our largest solar and battery storage project ever

By Will Conkling & Christopher Scott

Global Network

We're strengthening our presence in Alabama through new investments and...

Google has announced a $1.5 billion investment for 2026 and 2027 to expand its data center campus in Jackson County, Alabama. Operating since 2019 on a repurposed former...



Global Network

Our new community investments in Virginia support local jobs and expand energy...