# EXHIBIT

# 19

# Our locations

Each one of our offices is designed to inspire big ideas and build community. Explore our locations around the world.

North America | Latin America | Europe | Asia Pacific | Africa & Middle East

