**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

NEURAL AI, LLC

vs.
GOOGLE, LLC

Case No.: 7:26-mc-00324-LS

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Jordan R. Jaffe, counsel for Google LLC, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Jordan R. Jaffe may appear on behalf of Google LLC in the above case.

IT IS FURTHER ORDERED that Jordan R. Jaffe, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the __________ day of ______________________________, 20_______.

______________________________

UNITED STATES DISTRICT JUDGE